| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 2 | LUCIA X. ROIBAL (CA SBN 306721) |
|   | LRoibal@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
|   | UBER TECHNOLOGIES, INC. |
| 7 | |
|   | Daniel C. Girard (CA SBN 114826) |
| 8 | dcg@girardgibbs.com |
|   | Angelica M. Ornelas (CA SBN 285929) |
| 9 | amo@girardgibbs.com |
|   | Simon S. Grille (CA SBN 294914) |
| 10 | sg@girardgibbs.com |
| 11 | GIRARD GIBBS LLP |
|   | 601 California Street, Suite 1400 |
| 12 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 13 | Facsimile: (415) 981-4800 |
| 14 | |
|   | Attorneys for Plaintiff |
| 15 | SHELTON BOLLINGER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON BOLLINGER, on behalf of himself and others similarly situated, | Case No.   3:18-cv-04538-MEJ |
| Plaintiff, | **STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| UBER TECHNOLOGIES, INC., | Complaint Filed: July 26, 2018 |
| Defendant. | |

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 3:18-cv-04538-MEJ
sf-3931469

1

WHEREAS, Plaintiff filed the Complaint in this action on July 26, 2018, and served it on Defendant on August 1, 2018;

WHEREAS, the current deadline for Defendant's response to the Complaint is August 22, 2018;

WHEREAS, pursuant to L.R. 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, extending the time Defendant has to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, the parties hereby stipulate and agree that Defendant shall have until September 21, 2018 to answer or otherwise respond to the Complaint.

Dated: August 17, 2018

TIFFANY CHEUNG
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By:   */s/ Tiffany Cheung*
       TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: August 17, 2018

DANIEL C. GIRARD
ANGELICA M. ORNELAS
SIMON S. GRILLE
GIRARD GIBBS LLP

By:   */s/ Simon S. Grille*

Attorneys for Plaintiff
SHELTON BOLLINGER

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 3:18-cv-04538-MEJ
sf-3931469

2

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Simon S. Grill, counsel for Plaintiff, has concurred in this filing.

Dated: August 17, 2018                                         */s/ Tiffany Cheung*
                                                                                TIFFANY CHEUNG

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
Case No. 3:18-cv-04538-MEJ
sf-3931469

3